**TINNUS ENTERPRISES, LLC, ZURU Ltd., Plaintiffs-Appellees**

v.

**TELEBRANDS CORPORATION, Bed Bath & Beyond, Inc., Fry's Electronics, Inc., Kohl's Department Stores, Inc., The Kroger Company, Sears Holding Corporation, Toys 'R' US-Delaware, Inc., Walgreens Boots Alliance, Inc., Defendants-Appellants**

2017-1175
2017-1760
2017-1811

United States Court of Appeals, Federal Circuit.

January 16, 2018

THOMAS MANSFIELD DUNLAP, Dunlap Bennett & Ludwig PLLC, Leesburg, VA, argued for plaintiffs-appellees. Also represented by DAVID LUDWIG, ERIC LORENZ OLAVSON, ROBERT D. SPENDLOVE; JEFFREY AHDOOT, Washington, DC; BRIAN M. KOIDE,

Vienna, VA; CORTLAND CHRISTOPHER PUTBRESE, Richmond, VA.

DAVID MICHAEL UNDERHILL, Boies, Schiller & Flexner, LLP, Washington, DC, argued for defendants-appellants. Also represented by STACEY K. GRIGSBY, ERIC J. MAURER; ELANA ARAJ, ROBERT THOMAS MALDONADO, Cooper & Dunham, LLP, New York, NY.

(Lourie, Reyna, and Chen, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**